UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAEYEON LEE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SUPERB AI, INC.,<br><br>　　　　　　Defendant. | Case No.  21-cv-06266-VKD<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOUD NOT BE DISMISSED** |

Plaintiff filed this action on August 13, 2021.  The Clerk of Court entered the default of Superb AI, Inc., the sole named defendant, on September 16, 2021.  Dkt. No. 12.  On November 12, 2021, the Court vacated the initial case management conference and issued an order directing plaintiff to file a status report by November 19, 2021.  Dkt. No. 13.  No status report has been filed.

Accordingly, by **November 29, 2021**, plaintiff shall file a response to this order, showing cause why this action should not be dismissed for failure to prosecute and to comply with the Court's order.  Plaintiff's failure to respond to this order will result in a recommendation for dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Dated: November 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge